

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00071-CV

ESTATE OF SANDY HODGE, JR., DECEASED

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 42069-CCL

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

On July 30, 2019, Sandra Hodge filed an emergency motion to suspend enforcement of the trial court's July 11, 2019, order (1) declaring that she was not the common-law wife of Sandy Hodge, Jr., deceased, (2) declaring that she is not an heir of the Estate of Sandy Hodge, Jr., (3) denying the request for an injunction against Ida Hodge, Administratrix of the Estate of Sandy Hodge, Jr., and (4) ordering her to vacate the premises of 4105 Idalou Drive in Texarkana, Texas, within thirty days of May 22, 2019. Alternatively, Hodge requests this Court to fix the amount of security for a supersedeas bond.

After reviewing the motion for emergency relief and the clerk's record, this Court is of the opinion that the emergency relief requested should be denied.

It is hereby ordered that the motion for emergency relief is denied.

BY THE COURT

Date:   July 31, 2019